IN THE COMMONWEALTH COURT OF PENNSYLVANIA

222 Development Group, LLC, :
     Appellant :
        :
   v.     :  No. 1541 C.D. 2016
        :
Maxatawny Township and  :
Maxatawny Township Municipal :
Authority      :

## **O R D E R**

NOW, July 7, 2017, having considered appellant's application for reconsideration, the application is denied.

             _____

             MARY HANNAH LEAVITT,
             President Judge